United States District Court
Eastern District of New York

JULIA NONI,

Plaintiff,

-against-

REVIVE HEALTH STUDIO, LLC and DOES 1-10, inclusive,

Defendants.

**AFFIDAVIT OF SERVICE**

Civil Action No. 2:26-cv-5976-SIL
Date Filed 9/28/2026

State of New York )
ss:
County of Albany )

Edward J. Bowmaker, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on October 7, 2026 at approximately 11:40 AM deponent served the following specific papers: Summons in a Civil Action, Complaint, Exhibits A - C, Notice of Electronic Filing, Notice of Option to Consent to Magistrate Judge Jurisdiction, Notice Designation Case to Arbitration, that the party served was Revive Health Studio, LLC, a domestic limited liability company, one of the defendants in this action, by personally serving one copy of the aforesaid papers at the office of the registered agent authorized by appointment, Corporation Service Company, located at 80 State Street, 10th Floor, in the City of Albany, New York by delivering to and leaving the papers with A Legal Representative of CSC, a white male with long brown hair, being approximately 35 years of age; height of 5'6", weight of 250 lbs., being an authorized person in Corporation Service Company and empowered to receive such service.

Edward J. Bowmaker

Edward J. Bowmaker

Sworn to before me this 7 day of October, 2026

Meagan E. McGraw

Meagan E. McGraw
Notary Public — State of New York
Qualified in Albany County
Registration No. 01MC6399665
Commission Expires: 10-28-2027