# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

November 4, 2026

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. Steven I. Locke, U.S.M.J.
100 Federal Plaza, Courtroom 820
Central Islip, NY 11722-9014

***Re:*** **Noni v. Revive Health Studio, LLC, *et al.***
**Case No.: 2:26-cv-5976 (SIL)**

Dear Judge Locke:

This office represents Defendant Revive Health Studio, LLC (hereinafter "Revive" or "Defendant") in the above-referenced case. Defendant writes to respectfully request a sixty (60) day extension of time, through and including Monday, January 4, 2027, to answer or otherwise respond to the Complaint. See ECF Docket Entry ("ECF") 1.

Consistent with Rule 2(B) of this Court's Individual Motion Practices (hereinafter the "Individual Rules"), Defendant respectfully submits as follows:

(i) the original deadline to respond to the Complaint falls on Friday, November 6, 2026, as Plaintiff served Revive through its registered agent on October 7, 2026 (see ECF 9);[1] a sixty (60) day extension of time from today's date would fall on Sunday, January 3, 2027, and thus Defendant requests a new deadline of Monday, January 4, 2027;

(ii) this is because your undersigned was just formally retained today, and thus needs a sufficient opportunity to review the claims, prepare Defendant's response, and explore an early resolution with Plaintiff;

(iii) there have been no previous requests for adjournments or extensions, and thus none have been granted or denied;

(iv) Plaintiff does not oppose this request, and advised that it would defer to this Court rather than stipulate to an extension because she incorrectly asserts that the deadline has passed; and

(v) this extension is not believed to affect any other scheduled dates at this time, as no conference has been scheduled and the arbitration hearing is to be set only after an answer is filed. See ECF 8.

[1] In conferring with Plaintiff on the subject, she incorrectly asserted that Defendant was in default based on her self-selected answer deadline of October 28, 2026, which is only triggered by personal service. A response to a complaint is due thirty (30) days when served via registered agent. See New York Civil Practice Law & Rules ("CPLR") § 3012(c).

In light of the foregoing, Defendant respectfully requests that this Court exercise its discretion pursuant to Rule 6 of the Federal Rules of Civil Procedure in favor of granting the requested extension of time, extend Defendant's time to answer or otherwise respond to the Complaint through and including January 4, 2027, and grant such other and further relief as this Court deems just, equitable, and proper. See Fed. R. Civ. P. 6(b)(1)(A).

Defendant thanks this honorable Court for its time and attention to this case.

Dated: Jamaica, New York
November 4, 2026

Respectfully submitted,

**SAGE LEGAL LLC**

*/s/ Emanuel Kataev, Esq.*

Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendant*
*Revive Health Studio, LLC*

**VIA ECF**
All counsel of record